# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-112)

| 1. Person Reporting (Last name, first, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gleason, John | U.S. District Court Eastern District of New York | July 25, 1994 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | X Nomination, Date July 22, 1994 ___ Initial ___ Annual ___ Final | January 1, 1993 – June 30, 1994 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 225 Cadman Plaza East Brooklyn, New York 11201 | Reviewing Officer Signature _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Visiting Professor of Law | University of Virginia School of Law |
| Assistant Adjunct Professor of Law | Brooklyn Law School |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| | I have agreed with Brooklyn Law School to teach a seminar in the Spring semester of 1995. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | University of Virginia School of Law | $ 54,450 |
| | Brooklyn Law School | $ 3,731 |
| | Beth Israel Medical Center ($) | $ |
| | City of New York (Lehman College) ($) | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X  NONE  (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  NONE  (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X  NONE  (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>John Gleeson | Date of Report<br>July 25, 1994 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| Description of Assets | Income | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (A) Amount Code (A-H) | (B) Type (e.g. Int., Div.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell) | if not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 IRA Account -- Merrill Lynch New York, New York | A | Int. | J | T | Exempt | | | | |
| 2 IRA Account - - Merrill Lynch (S) New York, New York | A | Int. | J | T | Exempt | | | | |
| 3 IRA Account - - Independence S.B. Brooklyn, New York | A | Int. | J | T | Exempt | | | | |
| 4 IRA Account - - Independence S.B. Brooklyn, New York. (S) | A | Int. | J | T | Exempt | | | | |
| 5 IRA Account -- Chase New York, New York | A | Int. | J | T | Exempt | | | | |
| 6 IRA Account - - Chase (S) New York, New York | A | Int. | J | T | Exempt | | | | |
| 7 IRA Account - - Chemical New York, New York | A | Int. | J | T | Exempt | | | | |
| 8 IRA Account - - Chase (S) New York, New York | A | Int. | J | T | Exempt | | | | |
| 9 IRA Account -- Chemical (S) New York, New York | A | Int. | J | T | Exempt | | | | |
| 10 Fidelity Mgt. Trust Co. (S) Beth Israel Med Ctr Ret. | D | Int./Div. | M | T | Exempt | | | | |
| 11 Dreyfus Liquid Assets (J) New York, New York | A | Int. | J | T | Exempt | | | | |
| 12 Fidelity Asset Mgt. Acct. (J) Boston, MA. | A | Int. | J | T | Exempt | | | | |
| 13 TIAA/CREF Ret. Fund (S) New York, New York | A | Int. | J | T | Exempt | | | | |
| 14 Savings Account - - Chemical New York, New York (J) | A | Int. | K | T | Exempt | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | John Gleeson | July 25, 1994 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _July 25, 1994_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:         Judicial Ethics Committee
                                                         Administrative Office of the
                                                         United States Courts
                                                         Washington, DC 20544

Digitized by Google